IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3112 |
| v. | ) | |
| JOSE MANUEL AVALOS BANDERAS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

1. Counsel for the government shall respond to the defendant's § 2255 motion (filing no. 100) by brief (and evidentiary index with attachments, if appropriate) by July 2, 2012. The undersigned advises counsel for the government that counsel should respond to all of the defendant's claims, but the undersigned is particularly interested in that part of claim one regarding defense counsel's alleged failure to adequately advise the defendant regarding a plea agreement.

2. The defendant's motion to file under seal (filing no. 98) is denied.

3. The defendant's motion for leave to proceed in forma pauperis (filing no. 102) is granted but the defendant's request for specific documents contained therein is denied without prejudice.

4. The defendant shall file no other pleadings in this matter until and unless permitted to do so by the undersigned.

5. The Clerk shall provide the defendant with a copy of this order.

6. My chambers shall bring this matter to my attention on July 3, 2012.

DATED this 1st day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge