IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE MANUEL AVALOS BANDERAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Mr. Banderas shall have until the close of business on Wednesday, August 1, 2012, to submit a response to the government's brief (filing 106) and index of evidentiary materials (filing 107) opposing the defendant's § 2255 motion (filing 100).

Dated July 11, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge